JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL D. MCGHEE, | ) Case No. EDCV 14-00097-SJO (DTB) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| NEIL McDOWELL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 16, 2015.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE